[No. 6424–3–II. Division Two. April 19, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMMIE
RENAY NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific
County, No. C–2453, Herbert E. Wieland, J., entered June
18, 1982. *Affirmed* by unpublished opinion per Petrie, J.,
concurred in by Petrich, C.J., and Reed, J.

[No. 6344–1–II. Division Two. April 19, 1984.]

E. F. DRACOBLY, JR., ET AL, *Appellants*, v. EVER–
GREEN PACIFIC INDUSTRIES, INC.,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pacific
County, No. 20649, D. J. Cunningham, J. Pro Tem., entered
May 6, 1982. *Affirmed* by unpublished opinion per Petrie,
J., concurred in by Petrich, C.J., and Worswick, J.

[No. 6180–5–II. Division Two. April 20, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
C. NAKANO, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 81–6280, David R. Draper, J., entered Febru-
ary 1, 1982. *Affirmed* by unpublished opinion per Reed, J.,
concurred in by Petrich, C.J., and Worswick, J.

[No. 10667–8–I. Division One. April 23, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY
LEE THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 81–1–00660–1, Horton Smith, J., entered
August 6, 1981. *Reversed* and *remanded* by unpublished
opinion per Ringold, J., concurred in by Durham, C.J., and
Corbett, J.